**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 12-cv-02455-WJM-KMT

TRENSON L. BYRD,

    Plaintiff,

v.

CONSECO LIFE INSURANCE COMPANY,
an Indiana corporation transacting business in Colorado,

    Defendant.

---

## FINAL JUDGMENT

---

    Pursuant to and in accordance with Fed. R. Civ. P. 58(a), all previous Orders entered in this case, and the Order Granting Defendant's Motion for Summary Judgment, entered by the Honorable William J. Martínez, United States District Judge, on April 25, 2014,

    IT IS ORDERED that Defendant's Motion for Summary Judgment (ECF No. 47) is GRANTED.

    IT IS FURTHER ORDERED that Final Judgment is entered for Defendant and against the Plaintiff and the action and Amended Complaint are dismissed. Each party shall bear his or its own attorney's fees and costs.

    Dated at Denver, Colorado this  25th  day of April 2014.

                                            BY THE COURT:
                                            JEFFREY P. COLWELL, CLERK

                                            By:  Deborah A. Hansen
                                            Deborah A. Hansen, Deputy Clerk